[Civ. No. 7016. First Appellate District, Division One.—July 9, 1929.]

FRANK G. MESSNER, Petitioner, v. SUPERIOR COURT OF THE CITY AND COUNTY OF SAN FRANCISCO, Respondent.

Vincent W. Hallinan for Petitioner.

No appearance for Respondent.

THE It is hereby ordered that the petition for a writ of review in the above-entitled cause be and the same is hereby denied, for the reason that the petitioner has his remedy by right of appeal.

A petition for a rehearing of this cause was denied by the District Court of Appeal on August 8, 1929.